

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2021

No. 04-20-00569-CV

**CITY OF SAN ANTONIO BY AND THROUGH THE SAN ANTONIO WATER SYSTEM**,
Appellant

v.

**CAMPBELLTON ROAD, LTD**.,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-13949
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellee's motion for extension of time to file its brief is GRANTED. Appellee's brief is due on or before **April 2, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court